## Frank B. Youtsey *v.* H. A. Jones et al.

[Abstract Kentucky Law Reporter, Vol. 4—443.]

**Sale Set Aside When Made Contrary to Agreement of Parties for Inadequate Price.**

> When attorneys for plaintiff and defendant agree that a sale to be made by the sheriff shall not be made before August 15, but plaintiffs caused the sheriff to make sale on July 9, without any notice to the defendant, who does not attend the sale, and buys the property at an inadquate price, such sale will be set aside and the bid be rejected.

### APPEAL FROM CAMPBELL CHANCERY COURT.

November 28, 1882.

Opinion by Judge Pryor:

The attorneys for the plaintiff and defendants agreed that the sale should not be made until about the 15th of August, yet, notwithstanding this agreement and its communication to the defendants, the plaintiffs caused the sheriff to make the sale on the 9th of July, or failed to inform him not to make it at that time. This misled the defendants and their counsel, none of whom attended or knew of the sale at which the appellant bought the property of defendants for $2,000, which was appraised at $3,000 and proved by several witnesses to be worth some five or six thousand dollars, having been listed for taxes at $5,500 the year it was sold.

The court under this state of case properly rejected the appellant's bid and set aside the sale.

Wherefore the judgment is *affirmed*.

*Frank C. Wright, for appellant.*